IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

# INITIAL APPEARANCE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | COURTROOM MINUTES - CRIMINAL |
| | ) | BEFORE: Jon T. Huseby |
| Plaintiff, | ) | U.S. Magistrate Judge |
| | ) | |
| v. | ) | Case No: 22-mj-432 (JTH) |
| | ) | Date: May 23, 2022 |
| Abdiaziz S. Farah. | ) | Video Conference |
| | ) | Time Commenced: 1:10 p.m. |
| Defendant, | ) | Time Concluded: 1:20 p.m. |
| | ) | Time in Court: 10 minutes |

APPEARANCES:

   Plaintiff: Lauren Roso, Assistant U.S. Attorney
   Defendant: Andrew Birrell,
      X Retained

Date Charges Filed: 5/20/2022        Offense: knowingly made a false statement in an application for a passport

X Advised of Rights

on    X Complaint

X Government moves for detention.
Motion is X granted, temporary detention ordered

Next appearance date is TBD for:
   X Detention hrg        X Preliminary Examination

X Government moves to unseal the case.        X Granted

Additional Information:
X Defendant consents to this hearing via video conference.
X Oral Rule5(f) Brady notice read on the record.

                                                                                 s/NAH
                                                               Signature of Courtroom Deputy