# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA, | **COURT MINUTES - CRIMINAL** |
| Plaintiff, | BEFORE: David T. Schultz |
| | U.S. Magistrate Judge |
| v. | |
| Abdiaziz S Farah, | Case No: 22-mj-432 JTH |
| | Date: May 25, 2022 |
| | Courthouse: Minneapolis |
| | Courtroom: 9E |
| Defendant. | Court Reporter: Brittany Blesener |
| | Time Commenced: 10:11 a.m. |
| | Time Concluded: 11:31 a.m. |
| | Time in Court: 1 hour 20 minutes |

**X PRELIMINARY/DETENTION HRG**
   Time in Court Prelim/Det: 20 minutes/1 hour

APPEARANCES:

  Plaintiff:  Joe Thompson and Harry Jacobs, Assistant U.S. Attorney
  Defendant: Andrew Birrell
         X Retained

On      X Complaint

X Deft Ordered Detained - Govt to submit proposed order

X Probable cause found. Deft bound over to District Court of Minnesota

.
Additional Information:

Travis Wilmer and Ralph Johnson testified.
Government's exhibits 1 – 5 received
Defendant's exhibits 1 and 2 received.

                                                                                    s/JAM
                                                                Signature of Courtroom Deputy