UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 22-124 PJS/BRT |
| Plaintiff, | **INDICTMENT** |
| v. | 18 U.S.C. § 1542 |
| ABDIAZIZ SHAFII FARAH, | |
| Defendant. | |

THE UNITED STATES GRAND JURY CHARGES THAT:

### COUNT 1
### (False Statement in a Passport Application)

On or about March 22, 2022, in the State and District of Minnesota, the defendant,

**ABDIAZIZ SHAFII FARAH,**

willfully and knowingly made a false statement in an application for a passport with the intent to induce and secure for his own use the issuance of passport under the authority of the United States, contrary to the laws regulating the issuance of passports and the rules prescribed pursuant to such laws, in that the defendant submitted a passport application stating that his previous passport had been lost when, in truth and fact, the defendant had not lost his passport, all in violation of Title 18, United States Code, Section 1542.

A TRUE BILL

_____     _____
UNITED STATES ATTORNEY           FOREPERSON

SCANNED
JUN 21 2022
U.S. DISTRICT COURT MPLS