UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
CRIM. NO. 22-124 (NEB-TNL)

---

United States of America,

        Plaintiff,

v.

Abdiaziz Shafii Farah,

        Defendant.

**DEFENDANT'S RESPONSE TO GOVERNMENT'S MOTION FOR DISCOVERY**

---

The government moves for discovery under Rules 16(b), 12.1, 12.2, 12.3 and 26.2 of the Federal Rules of Criminal Procedure. (ECF 30). To the extent the government seeks disclosure of items required by the Federal Rules of Criminal Procedure, the Defendant has no objection to the government's motion.

        Respectfully submitted,

Dated: July 28, 2022

/s/ Ian S. Birrell
Andrew S. Birrell (Attorney No. 133760)
Ian S. Birrell (Attorney No. 0396379)
**Birrell Law Firm PLLC**
333 South 7th Street, Suite 3020
Minneapolis, MN 55402
Phone: (612) 238-1939
andy@birrell.law | ian@birrell.law
*Attorneys for Defendant*