AO 93 (Rev. 12/09) Search and Seizure Warrant (Page 2)

## Return

| Case No.: | Date and time warrant executed: | Copy of warrant and inventory left with: |
|---|---|---|
| 22-MJ-010 | 1-20-22   7:01 am | Abdiaziz Farah |

Inventory made in the presence of:
Abdiaziz Farah

Inventory of the property taken and name of any person(s) seized:

See attached.

### Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 2-4-22

_____
Executing officer's signature

Travis Wilmer - FBI Special Agent
Printed Name and Title

SUBSCRIBED and SWORN before me by reliable electronic means (FaceTime, Zoom and/or email) pursuant to Fed. R. Crim. P. 41(d)(3)

_____
United States Magistrate Judge

February 4, 2022
Date

**GOVERNMENT EXHIBIT A**
22-cr-124 (NEB/TNL)

FD-597 (Rev. 4-13-2015)                                                                     Page ___1___ of ___4___

# UNITED STATES DEPARTMENT OF JUSTICE
## FEDERAL BUREAU OF INVESTIGATION
### Receipt for Property

Case ID: 46M-MP-3922095-Empire_15418 Hampshi

On (date): 1/20/2022                              item(s) listed below were:
                                                  [X] Collected/Seized
                                                  [ ] Received From
                                                  [ ] Returned To
                                                  [ ] Released To

(Name) Abdiaziz Farah

(Street Address) 15418 Hampshire Lane

(City) Savage

Description of Item(s):
- Model iphone 13 Pro, Model#MLTY3LL/A S/N: P34RJQDW7H (item 10).
- Model Name iphone 13 Pro, Model# MLTW3LL/A S/N L9C6Q3QH5 (item 9).
- Bank US Bank Check Empire Cuisine (item 23D).
- Documents (item 23A).
- Blue US passport Sadia Sahal Dubat 943959918 (item 23C).
- White Coach Purse & wallet, Black Kate Spade Purse, Black Michael Kors Purse (item 23E)
- Black YSL Purse (item 25B).
- Orange Coach Purse (item 23B).
- US Passport Abdiaziz Shafii Farah #503773866 (item 4C).
- Silver Microsoft Surface Laptop S/N 038601305257 (item 7).
- US Currency $5,500 3=$100, 104=$50 (item 25A).
- Documents (item 4B).
- Foreign Currency 10=$10 Dirhmas 1=$100 stilingi 13=$100 shilingi (item 4D).
- $142,530 cash 25=20s, 265=50s, 288=100s (item 4A).
- Documents. Summer Food Service Progam Direct Deposit Enrollment M Forms (item 8).
- Documents (item 5A).
- US Currency $17,800 178=$100s (item 2).
- Apple Watch Series 6 44mm (item 5B).
- US Passport Abdiaziz S Farah 568064746 (item 1A).

Received By: _____          Received From: Refuse to sign
              (Signature)                                       (Signature)

Printed Name/Title: SA JUSTIN CARTER            Printed Name/Title: ABDIAZIZ FARAH

FD-597 (Rev. 4-13-2015)                                                                 Page 2 of 4

# UNITED STATES DEPARTMENT OF JUSTICE
## FEDERAL BUREAU OF INVESTIGATION
### Receipt for Property

Case ID: 46M-MP-3422048-Empire-15418-Hampshi

On (date) 1/20/2022

item(s) listed below were:
☒ Collected/Seized
☐ Received From
☐ Returned To
☐ Released To

(Name) Abdiaziz Farah

(Street Address) 15418 Hampshire Lane

(City) Savage

Description of Item(s):
- Documents (item 1B)
- 6 rolex watches, 1 tagHuer watch & 1 hublot watch (item 16)
- Documents (item 12)
- US Currency $454.55  3=$100, 7=$20, 2=$5, 4=$1 2-Quarters 1-Nickel (item 22)
- 3 polos - ThinkTechACT x2, Gateway stem Academy x1 (item 36)
- 14 designer shirts, 2 designer pants (item 34)
- Clothing (item 35D)
- Clothing (item 35F)
- Clothing (item 35E)
- Clothing (item 35C)
- Clothing (item 35B)
- Clothing (item 35G)
- Clothing (item 35A)
- Clothing (item 35H)
- Black Kate Spade wm's wallet (item 20)
- Gold jewelry set in red & tan case (item 21a)
- Gold & clear stones necklace/bracelet/earings in red case (item 21b)
- WMS Armani watch & case, Armani wallet, gold earings, & necklace (item 17)
- Dior Bag (item 15)

Received By: _____ (Signature)    Received From: Refuse to Sign (Signature)

Printed Name/Title: SA Justin Carter    Printed Name/Title: Abdiaziz Farah

FD-597 (Rev. 4-13-2015)                                                                 Page 3 of 4

# UNITED STATES DEPARTMENT OF JUSTICE
## FEDERAL BUREAU OF INVESTIGATION
### Receipt for Property

Case ID: 46M-MP-3422045

On (date): 1/20/2022

item(s) listed below were:
- [X] Collected/Seized
- [ ] Received From
- [ ] Returned To
- [ ] Released To

(Name) Abdiaziz Farah
(Street Address) 15418 Hampshire Lane
(City) Savage

Description of Item(s):
- Empty red/maroon jewelry box (item 21c)
- Personal doc, photos of dubai vacation (item 18)
- US passport card Abdiaziz S Farah #C22362274 (item 24B)
- Folders of documents (24a item)
- Set of keys (GMC key was attached) (item 38)
- Black Imation 16 GB USB drive (item 32a)
- Wells Fargo Account 6157623775 Documentation (19 item)
- Temporary license, IRS docs, vaccine proof (item 32b)
- Documents (item 30)
- Documents (item 33)
- envelopes c documents (item 14)
- Gold House UAE jewelry receipts (item 2a)
- Documents (item 31)
- Documents (item 11)
- Documents (item 3)
- Title (item 13)
- Work schedule calendar (item 28)
- Documents (item 3)
- Lincoln key Fob (item 6A)

Received By: _(Signature)_
Printed Name/Title: SA Justin CARTER

Received From: Refuse to sign _(Signature)_
Printed Name/Title: ABDIAZIZ FARAH

FD-597 (Rev. 4-13-2015)

Page 4 of 4

# UNITED STATES DEPARTMENT OF JUSTICE
## FEDERAL BUREAU OF INVESTIGATION
### Receipt for Property

Case ID: 46M-MP-3422045

On (date): 1/20/2022

item(s) listed below were:
- [X] Collected/Seized
- [ ] Received From
- [ ] Returned To
- [ ] Released To

(Name) Abdiaziz Farah
(Street Address) 15418 Hampshire Lane
(City) Savage

Description of Item(s):
- 4 purses (item 26)
- Chase checkbook (item 27)
- Documents & tesla key card (item 28)
- Clothing (item 37)
- Mailbox keys (item 39)

1/20/2022

Received By: _____ (Signature)
Printed Name/Title: SA JUSTIN COTTRELL

Received From: Refuse to sign (Signature)
Printed Name/Title: ABDIAZIZ FARAH

FD-597 (Rev. 4-13-2015)

Page 1 of 1

# UNITED STATES DEPARTMENT OF JUSTICE
## FEDERAL BUREAU OF INVESTIGATION
### Receipt for Property

Case ID: 46M-MP-3422045-Empire – 15418 – Hampshi

On (date): 11/20/2022

item(s) listed below were:
☒ Collected/Seized
☐ Received From
☐ Returned To
☐ Released To

(Name) Abdiaziz Farah

(Street Address) 15418 Hampshire Ln.   Time: 9:46

(City) Savage, MN 55378

Description of Item(s): 2022 Tesla Model Y UT
VIN: 7SAYGDEF6NF340638   Mileage = 339

JC 1-20-2022

Received By: _(Signature)_
Printed Name/Title: SA JUSTIN CARTER

Received From: ABDIAZIZ FARAH _(Signature)_
Printed Name/Title: Refused to sign

FD-597 (Rev. 4-13-2015)　　　　　　　　　　　　　　　　　　　　　　　　　　　Page 1 of 1

# UNITED STATES DEPARTMENT OF JUSTICE
## FEDERAL BUREAU OF INVESTIGATION
### Receipt for Property

Case ID: 46M-MP-3422045-EMPIRE-1548-HAMPSHI

On (date): 1-20-2022

item(s) listed below were:
☒ Collected/Seized
☐ Received From
☐ Returned To
☐ Released To

(Name) ABDIAZIZ FARAH

(Street Address) 15418 Hampshire Ln.　　　Time: 10:52 am

(City) Savage, MN 55378

Description of Item(s): Nissan Murano SL AWD
VIN: 5N1AZ2CS8MC145760　　Miles: 2927

Received By: (Signature)
Printed Name/Title: SA JUSTIN CARTER

Received From: Refused to Sign (Signature)
Printed Name/Title: ABDIAZIZ FARAH