UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| United States of America, | Case No. 22-cr-124 (NEB/TNL) |
| Plaintiff, | |
| v. | **ORDER** |
| Abdiaziz Shafii Farah *et al.*, | |
| Defendants. | |

**IT IS HEREBY ORDERED** that Defendant Mukhtar Mohamed Shariff's Motion to Seal Document, ECF No. 168, is **GRANTED IN PART** as to sealing specific documents in this case. To the extent Defendant Mukhtar Mohamed Shariff seeks similar relief in the related cases of *United States v. Liban Yasin Alishire et al.*, No. 22-cr-222 (NEB/TNL); *United States v. Aimee Marie Bock et al.*, No. 22-cr-223 (NEB/TNL); *United States v. Qamar Ahmed Hassan et al.*, No. 22-cr-224 (NEB/TNL); *United States v. Sharmake Jama et al.*, No. 22-cr-225 (NEB/TNL); and *United States v. Haji Osman Salad et al.*, No. 22-cr-226 (NEB/TNL), the motion is **DENIED WITHOUT PREJUDICE**. Any request for such relief shall be made in the applicable case by an attorney of record in that matter.

Dated: November     17    , 2022             *s/ Tony N. Leung*
                                             Tony N. Leung
                                             United States Magistrate Judge
                                             District of Minnesota

                                             *United States v. Farah et al.*
                                             Case No. 22-cr-124 (NEB/TNL)

1