UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 22-CR-124 (NEB/TNL)

_____

UNITED STATES OF AMERICA,

        Plaintiff,          **ORDER GRANTING MOTION**
v.         **TO MODIFY RELEASE**
        **CONDITIONS**

ABDIAZIZ SHAFII FARAH (1),

        Defendant.

_____

This matter is before the Court on Defendant Abdiaziz Shafii Farah's Motion to Modify Release Conditions (ECF No. 266), a motion not opposed by the government. Having reviewed the motion and the files and records herein, and finding that good cause has been shown,

**IT IS HEREBY ORDERED** that the Motion (ECF No. 266) is **GRANTED**.

1) The Order Setting Conditions of Release as to Mr. Farah (ECF No. 203) is modified such that Release condition 7(p)(ii) of the Order Setting Conditions of Release (ECF No. 35) is stricken. Mr. Farah is no longer restricted to home detention.

2) The Order, ECF No. 203, is further modified such that Release condition 7(p)(i) is imposed. Mr. Farah is subject to a curfew; and is restricted to his residence every day as directed by his supervising pretrial services officer.

3. All other conditions of release imposed by the Court remain in effect.

Dated: May 24, 2023          *s/Tony N. Leung*
        Tony N. Leung
        Magistrate Judge, District of Minnesota