UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 22-CR-124 (NEB/TNL)

___

UNITED STATES OF AMERICA,

        Plaintiff,

v.

ABDIAZIZ SHAFII FARAH (1),

        Defendant.

**ORDER GRANTING MOTION TO MODIFY RELEASE CONDITIONS**

___

This matter is before the Court on Defendant Abdiaziz Shafii Farah's Second Motion to Modify Release Conditions (ECF No. 298). The Government and Pretrial Services do not object to the motion. Having reviewed the motion and the files and records herein, and finding that good cause has been shown,

**IT IS HEREBY ORDERED** that the Motion (ECF No. 298) is **GRANTED**.

1) The Order Setting Conditions of Release as to Mr. Farah (ECF No. 203) is modified such that Release condition 7(q)(iii) of the Order Setting Conditions of Release is stricken. Mr. Farah is no longer required to be on a GPS monitoring program.

2) All other conditions of release imposed by the Court remain in effect.

Dated: September 7, 2023

      *s/Tony N. Leung*
      Tony N. Leung
      Magistrate Judge, District of Minnesota