# UNITED STATES DISTRICT COURT
### District of Minnesota



CHAMBERS OF
NANCY E. BRASEL
U.S. DISTRICT JUDGE
300 SOUTH FOURTH STREET
MINNEAPOLIS, MINNESOTA 55415
(612) 664-5050

Criminal No. 22-124 (NEB/TNL) (USA v. Abdiaziz Shafii Farah (1), Mohamed Jama Ismail (2), Abdimajid Mohamed Nur (4), Said Shafii Farah (5), Abdiwahab Maalim Aftin (6), Mukhtar Mohamed Shariff (7), and Hayat Mohamed Nur (8)

June 4, 2024

Members of the jury:

> On June 4, 2024, at 3:37 p.m. you asked the following question:
> Can we rely on the signatures on meal counts being legally binding or is it our responsibility to determine the validity? This is in regard to potential forged signatures.

ANSWER:

> I refer you to Jury Instructions that were provided: Jury Instruction No. 2 states, in part, "It is your duty to find from the evidence what the facts are." Jury Instruction No. 3 states, in part, "You may use reason and common sense to draw deductions or conclusions from the facts which have been established by the evidence in the case."

NANCY E. BRASEL
United States District Judge

SCANNED
JUN 12 2024
U.S. DISTRICT COURT MPLS