# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

UNITED STATES OF AMERICA,

       Plaintiff,

v.                                                    Criminal No. 22-124 (NEB/TNL)

ABDIAZIZ SHAFII FARAH, ET AL.

       Defendants.

_____

UNITED STATES OF AMERICA,

       Plaintiff,

v.                                                    Criminal No. 22-222 (NEB/TNL)

LIBAN YASIN ALISHIRE, ET AL.

       Defendants.

_____

UNITED STATES OF AMERICA,

       Plaintiff,

v.                                                    Criminal No. 22-223 (NEB/TNL)

AIMEE MARIE BOCK, ET AL.,

       Defendants.

_____

UNITED STATES OF AMERICA,

       Plaintiff,

v.                                 Criminal No. 22-224 (NEB/TNL)

QAMAR AHMED HASSAN, ET AL.,

       Defendants.

_____

UNITED STATES OF AMERICA,

       Plaintiff,

v.                                 Criminal No. 22-225 (NEB/TNL)

SHARMAKE JAMA, ET AL.,

       Defendants.

_____

UNITED STATES OF AMERICA,

       Plaintiff,

v.                                 Criminal No. 22-226 (NEB/TNL)

HAJI OSMAN SALAD, ET AL.,

       Defendants.

_____

UNITED STATES OF AMERICA,

       Plaintiff,

v.                                                            Criminal No. 22-277 (NEB/TNL)

MEKFIRA HUSSEIN, ET AL.,

       Defendants.

_____

UNITED STATES OF AMERICA,

       Plaintiff,

v.                                                            Criminal No. 22-293 (NEB/TNL)

MOHAMED MUSE NOOR,

       Defendant.

_____

UNITED STATES OF AMERICA,

       Plaintiff,

v.                                                            Criminal No. 23-80 (NEB/TNL)

AYAN FARAH ABUKAR,

       Defendant.

_____

UNITED STATES OF AMERICA,

       Plaintiff,

v.                                   Criminal No. 23-81 (NEB/TNL)

SADE OSMAN HASHI,

       Defendant.

_____

UNITED STATES OF AMERICA,

       Plaintiff,

v.                                   Criminal No. 23-82 (NEB/TNL)

SHARON ROSS,

       Defendant.

_____

UNITED STATES OF AMERICA,

       Plaintiff,

v.                                   Criminal No. 24-13 (NEB/TNL)

SAID EREG, ET AL.,

       Defendants.

_____

UNITED STATES OF AMERICA,

      Plaintiff,

v.                                     Criminal No. 24-15 (NEB/TNL)

IKRAM YUSUF MOHAMED, ET AL.,

      Defendants.

---

### ORDER OF DIRECTION TO THE CLERK OF COURT
### FOR REASSIGNMENT OF RELATED CASE

Case Nos. 22-cr-124, 22-cr-222, 22-cr-223, 22-cr-224, 22-cr-225, 22-cr-226, 22-cr-277, 22-cr-293, 23-cr-80, 23-cr-81, 23-cr-82, 24-cr-13, and 24-cr-15 (NEB/TNL) having been assigned to Judge Nancy E. Brasel and Magistrate Judge Tony N. Leung,

**IT IS HEREBY ORDERED** that in Case Nos.  22-cr-124, 22-cr-222, 22-cr-223, 22-cr-224, 22-cr-225, 22-cr-226, 22-cr-277, 22-cr-293, 23-cr-80, 23-cr-81, 23-cr-82, 24-cr-13, and 24-cr-15 (NEB/TNL) the Magistrate assignment be reassigned from Magistrate Judge Tony N. Leung to Magistrate Judge David T. Schultz nunc pro tunc, by use of a card from the appropriate deck in the automated case assignment system.  The Clerk of Court is directed to reuse a card from the same deck from which the original assignment was made pursuant to the Court's Assignment of Cases order filed July 19, 2021.

**IT IS FINALLY ORDERED** that a copy of this order shall be filed in each of the above respective files.

Dated: June 26, 2024                       s/Patrick J. Schiltz
                                         Patrick J. Schiltz, Chief Judge
                                       United States District Court