# Sum of Total Dollar Amounts Claimed

| Site ID | Site Name | 2020 APR | MAY | JUN | JUL | AUG | SEP | OCT | NOV | DEC | 2021 JAN | FEB | MAR | APR | MAY | JUN | JUL | AUG | SEP | OCT | NOV | DEC | 2022 JAN | FEB | Grand Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 9000015756 | Plymouth Academy | | | | | | | | | | $264,832.12 | | $292,330.00 | $283,201.76 | $292,330.00 | $105,106.78 | | | | | | | | | $1,394,374.43 |
| 9000015802 | Success Academy | | | | $1,650.25 | $4,007.75 | $4,007.75 | | | | $3,922.88 | | | | | | | | | | | | | | $17,662.39 |
| 9000016426 | Shamrock Court Apartments | | | | | | | | | | $132,020.00 | | $146,165.00 | $141,450.00 | $146,165.00 | $51,865.00 | $16,870.68 | | $42,316.92 | $55,482.84 | $69,362.16 | | | | $801,697.60 |
| 9000017255 | Mind Foundry: Samaha Islamic Center | $17,506.94 | $58,912.65 | $101,075.62 | $62,859.41 | $119,365.50 | $83,106.62 | $85,673.62 | $101,717.37 | $396,023.92 | $328,569.40 | $299,285.00 | $559,395.00 | $541,350.00 | $292,330.00 | $103,730.00 | $141,224.68 | $310,275.74 | $302,704.57 | $305,345.04 | $278,762.28 | $297,192.60 | | | $4,786,405.96 |
| 9000017275 | AL IHSAN | | | | | | | | | | | | $105,257.66 | $160,781.50 | $155,595.00 | $160,781.50 | $57,051.50 | $56,745.81 | $378,731.96 | $155,027.86 | $155,698.32 | $168,849.48 | $55,945.32 | | $1,610,465.91 |
| 9000017657 | Masjid As-Sunnah | | | | | | | | | | | $397,885.00 | $637,280.00 | $705,560.00 | $682,800.00 | $292,330.00 | $103,730.00 | $144,443.88 | $320,195.80 | $195,225.60 | $255,451.32 | $75,216.96 | | | $4,895,803.50 |
| 9000017902 | Bonnevista Terrace | | | | | | | | | | | | | | | | | | | | | | $29,756.16 | | $29,756.16 |
| 9000018479 | Mind Foundry Learning Inc at Winfield Townhomes | | | $29,520.50 | $55,678.23 | $88,381.81 | $61,800.52 | $99,214.55 | $126,180.88 | $420,621.33 | $279,697.49 | $252,630.00 | $294,314.00 | $284,820.00 | $87,699.00 | $31,119.00 | $93,310.00 | $198,150.45 | $129,656.88 | $149,046.48 | $149,996.04 | $61,155.60 | | | $2,892,992.76 |
| 9000018480 | Mind Foundry - The Landing: Minnesota River Heritage Park | | | | $19,252.50 | $34,975.37 | $38,825.87 | $62,891.49 | $65,535.51 | $91,513.55 | | | | | | | | | | | | | | | $312,994.29 |
| 9000018530 | Distribution Site Empire Cuisine and Market | | | $41,072.00 | $83,202.88 | $83,225.62 | $94,583.47 | | | | | | | | | | | | | | | | | | $302,083.97 |
| 9000018562 | Clifton Townhomes | | | | | | | | $75,546.81 | $86,264.03 | $89,524.12 | $217,217.00 | $196,196.00 | $249,472.50 | $231,427.50 | $146,165.00 | $51,865.00 | $59,985.00 | $201,589.59 | $158,070.00 | $24,600.00 | $112,569.60 | | | $1,900,492.15 |
| 9000018691 | Albright Townhomes | | | | | | | | | | | $201,337.25 | $181,853.00 | $332,885.75 | $322,147.50 | $219,247.50 | $77,797.50 | $119,763.38 | $286,854.93 | $224,851.85 | $238,255.92 | $217,724.76 | $96,382.80 | | $2,519,102.14 |
| 9000018710 | Mind Foundry: Four Seasons Apartments | | | | | | | | | | | $151,303.91 | $136,678.64 | $124,720.74 | $120,697.50 | $73,082.50 | $25,932.50 | $50,850.00 | $104,581.49 | $61,765.68 | $70,936.56 | $100,008.84 | $129,917.52 | | $1,150,475.88 |
| 9000018711 | Lifestyle Inc Apartments | | | | | | | | | | | $151,303.91 | $136,678.64 | $135,229.73 | $120,697.50 | $73,082.50 | $25,932.50 | $58,562.76 | | | | | $2,440.32 | | $703,927.86 |
| 9000018712 | Autumn Holdings Apartments | | | | | | | $48,956.25 | $56,789.25 | | | $63,054.00 | $56,952.00 | $127,921.50 | $103,455.00 | $73,082.50 | $25,932.50 | $71,190.00 | $104,608.61 | $39,438.72 | | | | | $771,380.33 |
| 9000018713 | Greenwood Place Apartments | | | | | | | | | | | $52,544.99 | $47,460.00 | $52,544.99 | $107,430.00 | $73,082.50 | $25,932.50 | | $68,870.16 | $74,936.52 | $74,095.20 | $61,746.00 | | | $638,642.86 |
| 9000018715 | Highlands Apartments and Townhomes | | | | | | | | | | | $51,653.75 | $46,055.15 | $51,653.75 | $49,987.50 | | | | | | | | | | $199,350.15 |
| 9000018716 | The Crossings at Valley View | | | | | | | | | | | $51,653.75 | $46,655.00 | $113,638.25 | $49,987.50 | | | | | | $11,035.56 | | | | $272,970.06 |
| 9000018717 | Heritage Hills Apartments | | | | | | | | | | | $51,653.75 | $46,655.00 | $51,653.75 | $49,987.50 | | | | | | | | | | $199,950.00 |
| 9000018866 | Betel Afaan Oromo Church | | | | | | | | | | | | $212,175.00 | $219,247.50 | $84,004.87 | | | | $92,245.08 | $229,783.68 | $249,945.84 | $265,935.84 | | | $1,353,377.81 |
| 9000018918 | La Cruz Community | | | | | | | | | | | | | $113,091.12 | | | | | | $126,468.60 | $186,059.64 | | | | $425,619.36 |
| 9000018927 | Mind Foundry: Heather Court | | | | | | | | | | $18,860.00 | | $99,015.00 | $164,435.62 | $159,131.25 | $164,435.62 | $58,348.12 | $50,850.00 | $103,957.73 | $80,314.08 | $87,969.60 | $169,198.80 | $148,441.32 | | $1,304,957.14 |
| 9000018928 | Mind Foundry: Coopers Court | | | | | | | | | | $18,860.00 | | $99,015.00 | $164,435.62 | $159,131.25 | $164,435.62 | $58,348.12 | $50,850.00 | $104,737.44 | $163,845.84 | $168,214.80 | $229,631.16 | $138,379.92 | | $1,519,884.77 |
| 9000018929 | Mind Foundry: Tot Park | | | | | | | | | | $18,860.00 | | $366,289.49 | $354,473.70 | $366,289.49 | $129,973.69 | | | | | | | | | $1,235,886.37 |
| 9000018930 | Mind Foundry: Cedar Run | | | | | | | | | | $18,860.00 | | $99,015.00 | $164,435.62 | $159,131.25 | $164,435.62 | $58,348.12 | $50,850.00 | $104,961.17 | $152,810.28 | $132,776.04 | $288,976.20 | $302,491.44 | | $1,697,090.74 |
| 9000018934 | Mind Foundry: Thompson County Park | | | | | | | | | | $18,860.00 | | | | | | | | | | | | | | $18,860.00 |
| 9000018936 | Mind Foundry Learning Foundation Minneapolis | | | | | | | | | | | $73,082.50 | $112,217.00 | $134,849.00 | | | | | | | | | | | $320,148.50 |
| 9000018948 | Mind Foundry: Scott Park | | | | | | | | | | $132,020.00 | | $146,165.00 | | $146,165.00 | $51,865.00 | | | $43,015.56 | $199,658.52 | $170,704.32 | $184,450.80 | | | $1,074,044.20 |
| 9000018949 | Mind Foundry: Parkview Heights | | | | | | | | | | $18,860.00 | | $99,015.00 | $164,435.62 | $159,131.25 | $164,435.62 | $58,348.12 | $50,850.00 | $104,913.71 | $149,381.04 | $167,983.56 | $158,970.12 | $150,758.64 | | $1,447,082.68 |
| 9000018976 | Islamic Society of Marshall | | | | | | | | | | | | $44,490.74 | $48,852.11 | | | | | | | | | | | $310,600.21 |
| 9000019003 | Cedar Culture Center | | | | | | | | | | | | $146,165.00 | | $146,165.00 | $51,865.00 | | | $91,369.32 | $148,515.12 | $142,448.76 | $157,936.92 | | | $884,465.12 |
| 9000019058 | Midwest Community Development Organization: Park Row Crossing | | | | | | | | | | | $66,010.00 | $73,082.50 | $73,082.50 | $25,932.50 | | | | | | | | | | $238,107.50 |
| 9000019061 | St. Cloud Somali Athletic Club | | | | | | | | | | | | $29,850.07 | $132,020.00 | $219,247.50 | $148,522.50 | $155,595.00 | | | | $61,155.60 | | | | $937,468.71 |
| 9000019253 | Mind Foundry: Stony Creek Estates | | | | | | | | | | | | | | | | | | | | $94,104.84 | $165,125.04 | | | $259,229.88 |
| 9000019527 | Mind Minded Institute: Cedar Knolls | | | | | | | | | | | | | | | | | | | | $25,219.92 | | | | $25,219.92 |
| 9000019555 | The Free Minded Institute: Sunrise | | | | | | | | | | | | | | | | | $33,234.60 | $73,982.04 | | | | | | $107,216.64 |
| 9000019604 | Andrews Pointe Townhomes | | | | | | | | | | | | | | | | | | | $35,492.88 | $36,954.12 | | | | $72,447.00 |
| 9000019841 | Guled Academy | | | | | | | | | | | | | | | | | | | | $35,989.80 | $73,509.72 | $9,761.28 | | $119,260.80 |
| 9000019877 | Cannon River Mobile Homes | | | | | | | | | | | | | | | | | | | | $68,988.24 | $54,853.08 | | | $123,841.32 |
| 9000018908 | Somali Community Resettlement Service Minneapolis | | | | | | | | | | | $211,066.97 | $292,330.00 | $282,900.00 | $292,330.00 | $103,730.00 | | | | $136,249.56 | $90,095.04 | $108,845.16 | | | $1,517,546.73 |
| 9000018909 | Somali Community Resettlement Services Fairbault | | | | | | | | | | | $102,607.83 | $219,247.50 | $212,175.00 | $273,470.00 | $77,797.50 | | | | $155,412.96 | $103,900.56 | $23,394.60 | | | $1,168,005.95 |
| 9000018850 | Somali Community Resettlement Services Rochester | | | | | | | | | | | $66,193.88 | $73,266.38 | | | | | | | | | | | | $139,460.26 |
| 9000019437 | Somali Community Resettlement Willmar | | | | | | | | | | | | $111,415.45 | | | | | | | $102,936.24 | $142,881.72 | $179,038.80 | | | $536,272.21 |
| 9000019743 | Dar Al Farooq Islamic Center- 27th | | | | | | | | | | | | $24,929.64 | | | | | | | | | | | | $24,929.64 |
| 9000018525 | ThinkTechAct | | | | | | | | | | | $285,571.00 | $462,070.00 | $511,577.50 | $495,075.00 | $528,080.00 | $181,527.50 | $200,349.90 | $678,363.70 | $524,590.50 | $530,995.92 | $521,141.16 | | | $4,919,342.18 |
| 9000018726 | Southcross | | | | | | | | | | | | $165,462.50 | $154,787.50 | | $298,172.10 | | | | | | | | | $618,422.10 |
| 9000018838 | Sarazin Flats Apartments | | | | | | | | | | | | | $73,374.83 | | | | | | | | | | | $73,374.83 |
| 9000019067 | Madina Grocery and Restaurant | | | | | | | | | | | $124,240.25 | $113,471.19 | $163,294.59 | $282,900.00 | $438,495.00 | | | | | | | | | $1,122,401.03 |
| 9000019239 | Arlington Ridge Apartments | | | | | | | | | | | | | $83,276.33 | | | | | | | | | | | $83,276.33 |
| 9000019241 | Huntington Park | | | | | | | | | | | | | $73,374.83 | | | | | | | | | | | $73,374.83 |
| | $ Amount Claimed | $17,506.94 | $58,912.65 | $130,596.12 | $178,862.14 | $325,925.56 | $268,608.88 | $421,917.69 | $432,661.79 | $1,452,357.17 | $2,935,375.90 | $4,424,715.82 | $6,961,353.21 | $6,024,567.96 | $5,226,039.97 | $1,626,123.32 | $1,439,434.75 | $3,098,843.14 | $2,980,366.51 | $3,634,640.16 | $3,943,399.68 | $3,462,868.20 | $96,904.32 | $9,761.28 | $49,151,743.16 |

GOVERNMENT EXHIBIT A

GOVERNMENT EXHIBIT N-5

22-cr-124 (NEB/TNL)