**Summary Chart of Count 32: purchase of two lakefront lots in Prior Lake, Minnesota (ABDIAZIZ FARAH)**



**5594 & 5604 Candy Cove, Prior Lake (Lakefront Property)**

Source Exhibits:
O-11, O-8, O-17, J-50, J-51, M-13, M-30



GOVERNMENT EXHIBIT
**J**

GOVERNMENT EXHIBIT
**N-104a**
21-cr-196 (PJS/TNL)