# United States Court of Appeals
## For The Eighth Circuit
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
**St. Louis, Missouri 63102**

**Susan E. Bindler**
*Clerk of Court*

VOICE (314) 244-2400
FAX (314) 244-2780
www.ca8.uscourts.gov

August 21, 2025

Ian Stuart Birrell
BIRRELL LAW FIRM, PLLC
Suite 3020
333 S. Seventh Street
Minneapolis, MN  55402

RE:  25-2657  United States v. Abdiaziz Farah

Dear Counsel:

The district court has transmitted a notice of appeal and docket entries in this criminal matter, and we have docketed them under the caption and case number shown above. Please include the caption and the case number on all correspondence or pleadings submitted to the court.

Counsel in the case must supply the clerk with an Appearance Form. Counsel may download or fill out an Appearance Form on the "Forms" page on our web site at www.ca8.uscourts.gov.

As this is a fee paid case, your duties as counsel of record are defined by Eighth Circuit Rule 27B and the Eighth Circuit's Plan to Expedite Criminal Appeals. Please review these materials which are on the "Rules and Publications" page of our web site.

This case will be consolidated with case number 24-3203, United States v. Mohamed Ismail, and case number 25-1564, United States v. Mukhtar Shariff, to the extent possible for briefing and submission to the court.

Pursuant to the court's order of August 15, 2025, the briefing schedule in these consolidated matters is being held in abeyance.  A consolidated briefing schedule will be issued at a later date.  Please confer with counsel in the consolidated matters regarding the monthly status reports due to the court.  The next status report is due on September 15, 2025.

If you have any questions about the case, please contact our office.

Susan E. Bindler
Clerk of Court

ASL

Enclosure(s)

cc: Craig Raymond Baune
Carla R Bebault
Andrew S. Birrell
Brittany Blesener
Daniel Bobier
Clerk, U.S. District Court, District of Minnesota
Matthew S. Ebert
Abdiaziz Shafii Farah
Harry Jacobs
Lynne Krenz
Renee Rogge
Lori Ann Simpson
Joseph H Thompson

District Court/Agency Case Number(s):   0:22-cr-00124-NEB-1

**Caption For Case Number:   25-2657**

United States of America

        Plaintiff - Appellee

v.

Abdiaziz Shafii Farah, also known as Abdiaziz S. Farah

        Defendant - Appellant

**Addresses For Case Participants:   25-2657**

Ian Stuart Birrell
BIRRELL LAW FIRM, PLLC
Suite 3020
333 S. Seventh Street
Minneapolis, MN  55402

Craig Raymond Baune
U.S. ATTORNEY'S OFFICE
District of Minnesota
600 U.S. Courthouse
300 S. Fourth Street
Minneapolis, MN  55415-0000

Carla R Bebault
WARREN E. BURGER FEDERAL BUILDING
316 N. Robert Street
Saint Paul, MN  55101-0000

Andrew S. Birrell
BIRRELL LAW FIRM, PLLC
Suite 3020
333 S. Seventh Street
Minneapolis, MN  55402

Brittany Blesener
U.S. DISTRICT COURT
District of Minnesota
202 U.S. Courthouse
300 S. Fourth Street
Minneapolis, MN  55415-0000

Daniel Bobier
U.S. ATTORNEY'S OFFICE
District of Minnesota
600 U.S. Courthouse
300 S. Fourth Street
Minneapolis, MN  55415-0000

Clerk, U.S. District Court, District of Minnesota
U.S. DISTRICT COURT
District of Minnesota
202 U.S. Courthouse
300 S. Fourth Street
Minneapolis, MN  55415-0000

Matthew S. Ebert
U.S. ATTORNEY'S OFFICE
District of Minnesota
600 U.S. Courthouse
300 S. Fourth Street
Minneapolis, MN  55415-0000

Abdiaziz Shafii Farah
SHERBURNE COUNTY JAIL
02360-510
13880 Business Center Drive, N.W.
Elk River, MN  55330-0000

Harry Jacobs
U.S. ATTORNEY'S OFFICE
District of Minnesota
600 U.S. Courthouse
300 S. Fourth Street
Minneapolis, MN  55415-0000

Lynne Krenz
U.S. DISTRICT COURT
District of Minnesota
Warren E. Burger Federal Building
316 N. Robert Street
Saint Paul, MN  55101-0000

Renee Rogge
UNITED STATES COURTHOUSE
Room 1005
300 S. Fourth Street
Minneapolis, MN  55415

Lori Ann Simpson
1005
U.S. Courthouse
300 S. Fourth Street
Minneapolis, MN  55415-1320

Joseph H Thompson
U.S. ATTORNEY'S OFFICE
District of Minnesota
600 U.S. Courthouse
300 S. Fourth Street
Minneapolis, MN  55415-0000