UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. ABDIAZIZ SHAFII FARAH, et al.,

    Defendant.

Case No. 22-cr-124 (NEB/DTS)

PETITION ASSERTING INTEREST IN PROPERTY PURSUANT TO 21 U.S.C. § 853(n)

## SECTION I – CONTACT INFORMATION

### A. PETITIONER INFORMATION:

Petitioner Name and Address (Prisoner Id, if applicable):

Masjid Bilal Islamic Center Incorporated

Phone: (502) 299-8808

Email (optional): muyamuyaali@gmail.com

### B. ATTORNEY INFORMATION (if applicable):

Attorney Name: Andrew S. Zeh

Firm Name: Maple Law, PLLC

Mailing Address: 161 St. Matthews Ave. STE 1, Louisville, KY 40207

Phone: (502) 300-6465

Email: AndrewZeh.MapleLaw@gmail.com

*If any of this information changes, you are responsible for notifying the agency of the new information.*

Page 1

## SECTION II – ASSET LIST

A. Identify the asset ID and asset description for each asset you are petitioning and indicate your role as a petitioner for each asset. You may select one or more roles.

| Asset Id | Asset Description | Owner | Lienholder |
|---|---|---|---|
| 22-FBI-001726 | Real property located at 6200 South 3rd St., Louisville, Kentucky | X | |
| | | | |
| | | | |
| | | | |
| | | | |

*You must identify your role for each asset in your petition.*
*Use additional asset sheet if necessary.*

## SECTION III - INTEREST IN PROPERTY

In the space below, please explain the nature and extent of your right, title and interest in the property and the time and circumstances or your acquisition of the right title and interest in the property and any additional facts supporting your claim. Please attach any relevant documents, such as police reports or receipts, if you have them.

Petitioner is a bona fide good faith purchaser of the subject property at 6200 South 3rd Street. Petitioner purchased the property with funds loaned to it, the source of said funds being from the fraud committed in the underlying case. Petitioner had no knowledge of the source of the funds and are innocent victims of the fraud. Please see attached documents in support of Petitioner's purchase of the property. Immediately upon Petitioner's discovery of the fraud, Petitioner escrowed all funds that it would otherwise have paid to its lender. Petitioner is willing and able to pay any and all funds it received through the fraud to the United States of America in exchange for retaining ownership of the property.

Page 2

## SECTION IV – DECLARATION AND REPRESENTATION

The following declaration should be completed by the petitioner. If the petitioner is represented by an attorney, the attorney may complete the declaration as long as the petitioner completes the sworn notice of representation.

I attest and declare under penalty of perjury that my petition is not frivolous, and the information provided in support of my petition is true and correct to the best of my knowledge and belief.

8/19/25
Date

Signature

Andrew S. Zeh
Print name

### Sworn Notice of Representation

This section must be completed only by petitioners who are represented by an attorney and whose attorney has executed the declaration provided above.

I have retained the above-named attorney who has authority to represent me in this matter. I have fully reviewed the foregoing petition and found that its contents are truthful and accurate in every respect. I declare under penalty of perjury that the foregoing information is true and correct.

08/19/2025
Date

Signature

Hassan Ali Muya
Print name

*A petition containing false information may subject the petitioner to criminal prosecution under Title 18 United States Code Section 1001 and Title 18 United States Code Section 1621.*